UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

FEB 04 2026

JENNIFER P. LYONS, CLERK
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

TYRESE COLLINS

Criminal No. 2:26-cr-00016-LEW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Controlled Substances)

On about December 19, 2025, in the District of Maine, the defendant,

**TYRESE COLLINS,**

knowingly and intentionally distributed 50 grams or more of methamphetamine and its salts, a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provision of Title 21, United States Code, Sections 841(b)(1)(A)(viii) applies to the conduct described herein.

A TRUE BILL,

Date: February 4, 2026

Signature Redacted – Original on file with the Clerk's Office

_____
(Assistant) United States Attorney